OPINION — AG — ** MERGER — CORPORATIONS — CORRUPTION — BRIBERY — CONTRACT ** IN THE CONTEXT OF A STATUTORY MERGER, A CONSTITUENT CORPORATION'S SUBJECTION TO THE PROHIBITION OF 51 O.S. 24.3 [51-24.3] IS CHARGEABLE TO THE SURVIVING CORPORATION. (CONTRACT WITH, FRAUD, PERSONAL PROPERTY, SURVIVING CORPORATION, STATE AGENCY) CITE: 18 O.S. 1.666 [18-1.666] 18 O.S. 1.167 [18-1.167], 18 O.S. 167 [18-167](A), 51 O.S. 24.3 [51-24.3] (JOHN D. ROTHMAN)